UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIT F. AUGBORNE, III,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>TIMOTHY FILSON, et al.,<br><br>　　　　　　　　Defendants | Case No.  2:19-cv-00447-JAD-VCF<br><br>ORDER |

**I.     DISCUSSION**

Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections, has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and has filed an application to proceed *in forma pauperis*. (ECF Nos. 1, 1-1).

Plaintiff's application to proceed *in forma pauperis* is incomplete.  Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate.  Plaintiff has not signed the penalty of perjury section on page 3 of the application to proceed *in forma pauperis*.  (*See* ECF No. 1 at 3).  The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.  Plaintiff will be granted an opportunity to cure the deficiencies of his application to proceed *in forma pauperis*, or in the alternative, pay the full filing fee for this action.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SEND Plaintiff a copy of page 3 of his application to proceed *in forma pauperis* (ECF No. 1 at 3).

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff shall either: (1) return a signed copy of the penalty of perjury page to this Court in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action

1  (which includes the $350 filing fee and the $50 administrative fee).
2       IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order,
3  dismissal of this action may result.
4       IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint
5  (ECF No. 1-1), but shall not file it at this time.

7       DATED THIS 15th day of March 2019.

         _____
         UNITED STATES MAGISTRATE JUDGE